UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SHARIFUL MINTU,                                            :
:
                           Plaintiff,       :
:       22-CV-2065 (VSB)
            -against-                               :
:       **ORDER**
ALEJANDRO MAYORKAS, et al.,                                :
:
                        Defendants.      :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On July 1, 2022, I ordered Pro se Plaintiff to file an affidavit of service on or before July 21, 2022, or otherwise risk dismissal of the action pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 9.) I reminded Plaintiff that, even though Plaintiff is proceeding pro se and has been granted *in forma pauperis* status, it is Plaintiff's duty to ensure that the U.S. Marshals complete service of all Defendants. (*Id.*) On July 29, 2022, I issued a second order for Plaintiff to file an affidavit of service by August 12, 2022. (Doc. 10.) I warned Plaintiff that failure to file an affidavit of service by that date will result in dismissal of the action pursuant to Rule 4(m). (*Id.*) That deadline has passed, and Plaintiff has not filed an affidavit of service. Accordingly, it is hereby:

       ORDERED that this action be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated: August 16, 2022
       New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge